# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEMBA B. SANGANZA,** | : | CIVIL NO. 1:20-CV-28 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CATRICIA HOWARD,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 13th day of May, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court is directed to TERMINATE William Barr, John Doe, and Catherine Hawk-Swayer as respondents in this matter.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

3. The motion (Doc. 5) to expedite is DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania